# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Freedom Transport, Inc.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>The Travelers Companies, Inc., et al.,<br><br>　　　　　　　Defendants. | Case No. EDCV 16-213 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order issued on February 8, 2017, Defendant The Travelers Companies, Inc.'s Motion for Summary Judgment is GRANTED.

Judgment is entered in favor of Defendant The Travelers Companies, Inc.

Dated: February 8, 2017

　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge